IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNIE EARL BROWN, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 07-0796-KD-C |
| HARRY TUBBS, et al., | : |
| Defendants. | |

ORDER

A review of this action indicates that the last communication from Plaintiff was filed on September 10, 2008, when Plaintiff notified the Court that he had been transferred to the LIFE Tech Corrections Facility in Thomasville, Alabama. (Doc. 12). The Court has determined through the Alabama Department of Corrections website that Plaintiff may no longer be incarcerated. If that is the case, Plaintiff has failed to inform the Court of his new address as ordered on November 9, 2007. (Doc. 6).

Because it appears to the Court that Plaintiff may no longer wish to proceed with this action, Plaintiff is hereby **ORDERED** to inform the Court **not later than April 6, 2009,** if he still wishes to proceed. If the Court does not hear from Plaintiff by that date, the Court will assume that Plaintiff no longer wishes to pursue this action, and it will be recommended that this action be dismissed, without prejudice, for Plaintiff's failure to

prosecute.

    Done this 24th day of March, 2009.

                                     s/WILLIAM E. CASSADY
                                      UNITED STATES MAGISTRATE JUDGE