# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNIE EARL BROWN,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 07-0796-KD-C** |
| **HARRY TUBBS, et al.,** | : |
| Defendants. | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

DONE this 12th day of May, 2009.

                               s/ Kristi K. DuBose
                               **KRISTI K. DuBOSE**
                               **UNITED STATES DISTRICT JUDGE**